■ In the Matter of MAYNE PHARMA (USA) INC., Respondent, v ENZON PHARMACEUTICALS, INC., Appellant. [814 NYS2d 871]— Appeal from orders, Supreme Court, New York County (Jane S. Solomon, J.), entered August 11, 2005 and August 12, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Friedman, Nardelli and Sweeny, JJ.